UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )                     BK No.:  19-05069
Mohammed I Yazdani  )
Darlene V Cmelka  )           Chapter: 13
)                             Honorable LaShonda Hunt
)
)
Debtor(s)  )

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

*[signature]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 17, 2019

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300